AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

V.

Douglas A. Anderson,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1576 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for summary judgment is granted.

Judgment is entered in favor of plaintiff and against defendant in the amount of $4,830.71 in principal.

Prejudgment interest up to July 10, 2000, is entered in the amount of $3,220.82 and continues thereafter at the legal rate.

Post judgment interest and costs are awarded to plaintiff and against defendant in the amount of $190.

April 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie Rustad, Deputy Clerk

16

Modified:03/10/03